[No. 58654-8-I. Division One. May 7, 2007.]

TEAMSTERS LOCAL UNION NO. 117, *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-07010-1, Laura C. Inveen, J., entered July 14, 2006. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, C.J., and Coleman, J.

[No. 33077-6-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN PHILLIP HUTTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04822-6, Katherine M. Stolz, J., entered March 25, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 33178-1-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. NATHAN DANIEL COUGHLIN, *Respondent*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 03-1-01706-7, Stephen M. Warning, J., entered April 7, 2005. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 33778-9-II. Division Two. May 8, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN A. HOWELL, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-1-00847-2, Craddock D. Verser, J., entered August 9, 2005. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Bridgewater and Quinn-Brintnall, JJ.